■ CANDLER COFFEE CORP., Appellant, v WILLIAM EIGENFELD et al., Respondents. — Order, Supreme Court, New York County (Egeth, J.), entered on January 29, 1981, unanimously affirmed for the reasons stated by Egeth, J., at Special Term. Respondents shall recover of appellant $75 costs and disbursements of this appeal. Concur — Murphy, P. J., Sullivan, Lupiano, Bloom and Fein, JJ.